ACCEPTED
15-25-00017-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/26/2025 8:43 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00017-CV**

In the Fifteenth Court of Appeals
Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/26/2025 8:43:02 AM
CHRISTOPHER A. PRINE
Clerk

In the Guardianship of Landen Thomas Griswold,
an Incapacitated Person

On Appeal from Cause No. G00074
County Court at Law
Cherokee County, Texas

# Appellant's Motion to Extend Time to File Appellant's Reply Brief (Unopposed)

Appellant files this unopposed motion seeking a 30-day extension of time to file her Appellant's Reply Brief to July 30, 2025.

1.    Appellant's Reply Brief is due on June 30, 2025.

2.    Appellant requests a 30-day extension per Texas Rule of Appellate Procedure 38.6(d). Appellant seeks an extension because for the past two and a half weeks, her counsel has been occupied with preparing an emergency petition for writ of mandamus, motion for emergency relief (for stay), and amended petition in the Thirteenth Court of Appeals (which could not be extended) and also a motion for new trial (which could not be extended)

involving a case over $8 million. The mandamus proceeding that cannot be extended is expected to occupy most of her counsel's time the week of June 30. Also, Appellant's counsel is out of the office this week and will be out of the office for additional days in the month of July.

3.      Appellant seeks an extension for the Reply Brief in this Appeal so that her counsel can brief the issues and provide this Court with helpful arguments and legal authority.

4.      This is Appellant's first request for an extension of time for her Reply Brief. Appellee, Texas Health and Human Services Commission, does not oppose, and is in agreement with, an extension.

## Prayer

Appellant respectfully requests that the Court grant an extension of time until and including July 30, 2025 to file her Appellant's Reply Brief and grant her any other relief to which she may be justly entitled.

Respectfully submitted,

KEAN | MILLER LLP

By: ___/s/ *Tracia Y. Lee*___
       Tracia Y. Lee
       State Bar No. 24013021
       Tracia.Lee@keanmiller.com
       Laurel M. Smith
       State Bar No. 24113488

2

Laurel.Smith@keanmiller.com
Pennzoil South Tower
711 Louisiana Street, Suite 1800
Houston, Texas 77002
(713) 844-3000
(713) 844-3030 (Fax)
e-serve@keanmiller.com  (E-Service)

Attorneys for Appellant, Candice Jeffcoat

## Certificate of Conference

I conferred with counsel for Appellee about this Motion, and she stated that Appellee does not oppose, and is in agreement with, an extension.

/s/ *Tracia Y. Lee*
Tracia Y. Lee

## Certificate of Service

I certify that a true and correct copy of the foregoing instrument was sent via e-serve on this **26th** day of **June 2025** to the following:

Terri M. Abernathy
Assistant Attorney General
General Litigation Division
Office of the Attorney General
300 West 15th Street, 6th Floor
Austin Texas 78701
Direct: (512) 979-5354
Fax: (512) 302-0667
Email: Terri.Abernathy@oag.texas.gov
Counsel for Appellee, Texas Health and
Human Services Commission (HHSC)

Jonathan Petix
Texas Health and Human Services
Commission (HHSC)
350 Pine Street, 9th Floor
Beaumont, Texas 77701
(409) 730-4087
(409) 730-4048 (Fax)
Jonathan.petix@hhs.texas.gov

/s/ *Tracia Y. Lee*
Tracia Y. Lee

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tracia Lee on behalf of Tracia Lee
Bar No. 24013021
tracia.lee@keanmiller.com
Envelope ID: 102454250
Filing Code Description: Motion
Filing Description: Appellant's Motion for Extension of Time to File Reply Brief (Unopposed)
Status as of 6/26/2025 9:15 AM CST

Associated Case Party: Texas Health and Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jonathan Petix | 24027728 | jonathan.petix@hhs.texas.gov | 6/26/2025 8:43:02 AM | SENT |
| Terri Abernathy | | terri.abernathy@oag.texas.gov | 6/26/2025 8:43:02 AM | SENT |
| Quennette Rose | | Quennette.Rose@oag.texas.gov | 6/26/2025 8:43:02 AM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 6/26/2025 8:43:02 AM | SENT |
| Reed Arroyo | | reed.arroyo@oag.texas.gov | 6/26/2025 8:43:02 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 6/26/2025 8:43:02 AM | SENT |